**STATE of Missouri, Respondent,**

v.

**Christopher McREYNOLDS, Appellant.**

**No. WD 37446.**

Missouri Court of Appeals,
Western District.

June 3, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 26, 1986.

Application to Transfer Denied
Sept. 16, 1986.

Sean D. O'Brien, Public Defender, David J. Fry, Asst. Public Defender, Kansas City, for appellant.

William Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before MANFORD, P.J., and PRITCHARD and TURNAGE, JJ.

## ORDER

PER CURIAM:

Direct appeal from conviction of voluntary manslaughter, in violation of § 565.-023.1, RSMo.Supp.1984.

Judgment affirmed. Rule 30.25(b).